IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00210-CMA-KLM

MEGGAN GARATE LEE,
JARED LEE,
CYNTHIA QUERY,
ROBERT QUERY,

    Plaintiffs,

v.

SMITH & NEPHEW, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court the parties' **Unopposed (Second) Motion** [Docket No. 31; Filed May 4, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The parties shall respond to outstanding discovery requests on or before **June 28, 2010**.

    IT IS FURTHER **ORDERED** that Plaintiffs shall respond to Defendant's pending motions to dismiss [Docket Nos. 15 & 16] on or before **June 21, 2010**.

    IT IS FURTHER **ORDERED** that the Court **HOLDS IN ABEYANCE** Motion No. 24, and orders that any additional motions for protective order be filed on or before **June 21, 2010**.

    Dated: May 14, 2010