IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00210-CMA-KLM

MEGGAN GARATE LEE,
JARED LEE,
CYNTHIA QUERY, and
ROBERT QUERY,

 Plaintiffs,

v.

SMITH & NEPHEW, PLC, and
SMITH & NEPHEW, INC.,

 Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Defendants' Unopposed Motion for Dismissal With Prejudice (Doc. # 35). The Court having considered the motion and the case file, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

DATED: July __13__, 2010

        BY THE COURT:

        _____
        CHRISTINE M. ARGUELLO
        United States District Court Judge